FILED
03 APR 11 AM 11:29
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICH
BY WM

Robert Holmes Bell
Chief, U.S. District Judge

Timothy P. Greeley
U.S. Magistrate Judge

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**In the United States District Court**
**For the Western District of Michigan**

RONALD COOPER

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v. WilliAM'S S. OVERTON, M. POWELL, D.K. EDLUND, W. LUETZOW, B. LUETZOW, D. EZROW, J.W. YANKOVICH, J. JACKOLA, S. MORROW, P. NICHOLSON, K. TRUESDELL, M. HEALEY, D. HUHTA, K. ERKKILA, M.W. VERTANEN, TY. HYATT, T. HARES, T. RECKER, S. KUTCHIE, R. GLENN, L. MILLER

(Enter above the full name of the defendant or defendants in this action.)

2:03-CV-069

**Instructions for Filing a Complaint by a Prisoner Under the Civil Rights Act, 42 U.S.C. § 1983**

This packet includes four copies of a complaint form. To start an action, you must file an original and one copy of your complaint for each defendant you name and one copy for the court. For example, if you name two defendants you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original. **The clerk will not file your complaint unless it conforms to these instructions and to these forms.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to prepay the filing fee and service costs for this action, you must petition the court to proceed in forma pauperis by completing and signing the attached affidavit in support of application (pages 2-3). You must also have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. **If the court grants you leave to proceed in forma pauperis, you will still be required to pay the $150.00 filing fee through an initial partial filing fee and through monthly installments.**

Your complaint must be legibly handwritten or typewritten. You, the plaintiff(s), must sign and date the complaint on the last page. If you need additional space to completely answer a question, you must attach additional pages.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, you must file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

You are required to furnish, so that the United States Marshal can complete service, the **correct name and address of each person you have named as defendant.** A PLAINTIFF IS REQUIRED TO GIVE INFORMATION TO THE UNITED STATES MARSHAL TO ENABLE THE MARSHAL TO COMPLETE SERVICE OF THE COMPLAINT UPON ALL PERSONS NAMED AS DEFENDANTS.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and copies to the Clerk of the United States District Court for the Western District of Michigan at any of the addresses below:

U.S. District Court
399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

U.S. District Court
229 Federal Building
P.O. Box 698
Marquette, MI 49855

U.S. District Court
B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

U.S. District Court
113 Federal Building
315 W. Allegan
Lansing, MI 48933

**(Last Revised: December 1997)**

# COMPLAINT

I. **Previous Lawsuits**

**CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the required $150 filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding in forma pauperis and require you to pay the entire $150 filing fee regardless whether your complaint is dismissed.**

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☑ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer question 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
Kalamazoo District Court

2. Is the action still pending? Yes ☐ No ☑

   a. If your answer was no, state precisely how the action was resolved: Settle Money Judgment

3. Did you appeal the decision? Yes ☑ No ☐

4. Is the appeal still pending? Yes ☐ No ☑

   a. If not pending, what was the decision on appeal?

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☑ No ☐

If so, explain: excessive force cruel & unusual punishment Violate the 8-14-amendments U.S. constitutional rights

II. **Place of Present Confinement** ICF

If the place of present confinement is not the place you were confined when occurrence that is subject of instant lawsuit arose, also list the place you were confined: Ionia Maximum Corr facility

III. **Exhaustion of Administrative Remedies**

**CAUTION: You are required by federal law to exhaust your available remedies on any action brought with respect to jail, prison, or other correctional facility conditions prior to bringing an action under 42 U.S.C. § 1983 or any other federal law. Once again, failure to provide complete and accurate answers to the questions set forth below will likely result in denial of the privilege of proceeding in forma pauperis. ATTACH COPIES OF ALL DOCUMENTS EVIDENCING EXHAUSTION OF REMEDIES.**

A. Is your place of confinement a facility operated by the Michigan Department of Corrections? Yes ☑ No ☐

B. If your answer to A was yes, did you file a grievance concerning the facts set forth in this complaint? Yes ☑ No ☐

1. If your answer is no, explain why a grievance was not filed:

2. If your answer is yes, list the grievance number(s) and the date listed as "Today's Date" box on the Prisoner/Corrections Client Grievance Form: 6/18/90

3. What was the decision upon your grievance at Step I? ______

C. If your answers to A and B are yes, did you appeal the Step I decision? Yes ☑ No ☐

1. If your answer above was yes, what was the Step II decision? ______

Did you appeal to Step III? Yes ☑ No ☐

If your answer above was yes, what was the decision at Step III? ______

D. Does your complaint concern a misconduct charge filed against you? Yes ☑ No ☐

1. Did you have an administrative hearing on the misconduct charge? Yes ☑ No ☐

If yes, what was the hearing officer's decision? ______

2. Did you request an administrative rehearing? Yes ☑ No ☐

If you did request an administrative rehearing, what was the decision rendered upon rehearing? ______

3. After rehearing, did you appeal the decision in one of the circuit courts for the State of Michigan? Yes ☑ No ☐

a. If yes, what was the decision of the circuit court? ______

b. Did you appeal the decision of the circuit court? Yes ☑ No ☐

If yes, state the decisions of the Michigan Court of Appeals and Michigan Supreme Court: ______

E. If your claim concerns confinement within a facility not operated by the Michigan Department of Corrections, please state in detail the steps you have taken to exhaust your available state remedies prior to filing this lawsuit: I ex hausted all available appeal III step and filed a complaint

F. If you have taken any other steps to exhaust your state remedies, please describe in detail what steps you have taken: the prison administrative and director M.D.O.C. as a respond

Statement of Claim

attach sheet.

plaintiff is an pro-se, also an prisoner was on SSI. disable prisoner. on date 9/12/01 Defendants of, huhta & Jackola & hyatt & Miller and Edlund inuolued in a Cruel & unusual punishment act against on separate incidents on date 9/13/01 Defendants of, these state officials use excessive force and sprayed chemical agent into plaintiff eyes/face/throat/ after he had copperative to let staffs applied physically restraints on him, Defendant of LT. yankovich had planned to used excessive force on him as Defendant LT yankovick sexual assaulted plaintiff by spraying chemical agent aim at his penis area while he was placed on a false suicide watch and these placed on T.O.B consist of, bellychain's & leg's Iron metal restraints, as Defendant's chain him to a cement floor as chemical agent was heavy burning him in high degree chemicals for approx four day's, no Medical personnel/staffs offer the plaintiff a chance to removal of chemical agent was into his eyes/face/throat, and no Medical treatment wasnt render to the plaintiff as he complained to the nurse/staffs who observed him chain down in cell (2-108) old piss and faces was left all inside of his toilet



(TURN OVER)

plaintiff dont know for sure if the doctor defendant chung Hodo transfer, but he still plan to serve him, along with other's who got full attention about plaintiff issue's

when defendants in this action be served plaintiff know's for sure defendants will bruitality against him, so order this court for a protective order, due to the fact defendant's omission is to cause serious harm against him because of this law suit filed

order this court to have plaintiff exhibit's photo-copy by the law library to directly assist plaintiff to come and get these exhibits to photo copy by order and return these exhibit's back to plaintiff without nothing missing until amount copies are completed to make sure plaintiff have a fair defense law library refused to photocopy plaintiff exhibit's. [illegible] if defendants default or make any sanction done on their behalf order to enter against them. plaintiff sue defendants either in their individual or personal capacityes, one or Both for Monetary damages amount of $ 900.000 request defendants hired their own attorney.

Relief requested

Staff's refused to let him flush the toilet in cell (2-101)
while being in cell (2-108) chain down from the
start use of force had took place, Sgt. P. nicholson
and Lt. yankovich planned it, allowing staffs to take his
food trays & Meant to Murder him.
date 12/19/02 defendant T. Recker took the
plaintiff Breakfast & lunch food tray and
other incident's and date's, defendant Recker and
other's place hepatitis disease's into plaintiff food
when he do get a chance to Eat.
on date 12/14/01 defendant's Sgt. Hares & healey
placed hepatitis into plaintiff food tray's
healey done the act, while Sgt. Hares look out
to cover for him.
defendant's of, B. luetzow/W. luetzow/ D. ezrow/
S. morrow/ did a false grievance review's/
investigation's on separate date's of, plaintiff exhibits
grievance's of these defendants who had agree to
have interview/so call false investigations on dates
12/14/01/ 6/10/02/ 9/13/02/ 12/17/02/ 6/2/01
defendant J. ansell pretended to conduct a review/
investigation on date 9/13/01 but none was never
conducted by staff, who on purpose meant to find
evidence's to discipline staff in violation of
the housing policy

(TURN OVER)

on date 6/2/01 plaintiff alleged that the defendant Vertanen continually to take plaintiff food trays / showers / attempt to starve him to death, and try to easy justified his death by falsely relying on a policy issue going on a food strike / Homoicide issue's which is not supported to claim setting up the plaintiff

on date 10/8/01 defendant sam morrow involved always review greivances lying on prisoners proclaiming staffs are angel's

on date 3/14/03 defendant doctor at msp suppose to had got transfer but he denied plaintiff to his Medical serious needs refused to refill his Medication for pains and other Medical serious needs, continually denial along with other doctor's there at msp refusing to respond to treat plaintiff doctor chung Hodo left on 3/28/03 that last day here but plaintiff seek to serve other doctor's they have full attention about plaintiff Medical issue's

on date 9/10/01 defendant Mr Richard RN, ordered force on the plaintiff, so he could use force to pendtrate a dirty use infectious needle to use to draw blood from plaintiff the needle was Mixture in infectious disease of HIV Since the incident occur, the effect made plaintiff never felt like he never did before, after a while he had dizzle Spell's off & on defendant Richard draw 5 OR 6 blood draw's on date 9/10/01 defendant's healey & truesdell held on to use physically force and pressure on plaintiff right & left arm's while nurse Richard penetrate this dirty needle inside plaintiff vain (injury) plaintiff have been denied to See a doctor to render him proper treatment for his Serious Medical needs, plaintiff have Many Complaints with his Sinus's that chemical agent caused Severe injuries inside of his nose an other Medical Serious needs, defendant nurse nancy attempted to involved herself to act deliberate indifferent with Richard attempted to enter him with another infectious dirty needle if that first one fail the next dirty needle will Succeed See grievance's of Richard and nancy exhibits they have been denying Medication for plaintiff many different dates.



(TURN OVER)

Defendant Edlund approved a permanent slot restriction on date 9/7/01 accordance with prefer to PD 04-05-020 see restriction exhibit procedure states an review was suppose to be done on every 90 days period, defendant Edlund failure to do any review/hearing on the plaintiff Since the last dates 9/7/01 from 3/30/03 plaintiff is still on that same permanent upper slot restriction still without no review date's to expired even on good behavior plaintiff shown if defendant Edlund insist that plaintiff was so a trouble Maker then the two options she had was, 1, to transfer him. or 2, offering to removal any staff's who caused or inflicted any problems which could have not been resolved Edlund stayed drunk as a heavy alochol drinker careless about prisoner's concern and tries to blame all the prisoners for unprofessional not train staff's conduct.

IV. **Parties**

In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff Ronald Cooper

Address 301 Wadaga road, Baraga Mich 49908

In Item B below, place the full name of the defendant in the first blank, his or her official position in the second blank and his or her place of employment in the third blank. Use Item C for the names, positions and place of employment of all additional defendants. Attach extra sheets as necessary. **State whether your are suing each defendant in an official or personal capacity.**

B. Defendant D. K. Edlund is employed as Deputy Warden

at Baraga Mich

C. Additional Defendants B. Luetzow / D. Ezrow / J. W. Yankovich / J. Jackola / S. Morrow / P. Nicholson / K. Truesdell / M. Healey / D. Huhta / K. ErkKila / M. W. Vertanen / Ty. Hyatt / T. Hares / T. Recker / S. Kutchie / R. Glenn / L. Miller / W. Luetzow /

V. **Statement of Claim**

State here, as briefly as possible, the **facts** of your case. Describe how each defendant is personally involved. Include also, the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary. plaintiff attach sheet statements

on date 9/12/01 Defendants, of, huhta & Jackola & hyatt Miller and Edlund involved in a cruel & unusual punishment act against plaintiff on separate incidents on date 9/13/01 defendants of use of excessive force gas plaintiff into his eye's & face & throat after he cooperative to applied restraints on him defendants of yankovich & huhta & erkKila & Vertanen sexual assault him spraying gas aim at his penis area while was on false suicide watch placed on T.O.B. chain to a cement floor gas burning him in high degree chemical for four days no offer to removal of gas and no Medical treatment was render to plaintiff as he complained to the nurse/staffs chained down in cell (2-108) old piss and feces all inside of his toilet staffs refused to set him flush it sgt. P. nicholson and LT. yankovich planned it, taking his food & meant to murder him



Defendant T. Recker on date 12/19/02 / placing hepatitis into his food took his breakfast and lunch food tray, on date 12/14/01 healey and Sgt Hares

on date 9/10/01 defendants nurse Richard order force on the plaintiff, so he could use force to penetrate a use dirty needle to draw blood from him this needle was Mixture with disease of HIV plaintiff never felt like that before after a while he had dizzle spells rush from the head the effect of the dirty needle he draw 5, or 6 blood draws defendants healey & truesdell both of them held on to his arms forcing and pressure on the right and left arms while nurse Richard penetrate the dirty needle inside of his Vain nurses chosa and nancy and doctor chung hodo at MSP will be apart of his claim involved Medical denial acting deliberate indifferent to his Serious Medical claims Dinus issues and other claims he continually denial me along with staffs Medical defendants chosa and Nancy involved to refused to render me treatment false schedules appointment to see the doctor on separate dates denial (Medical kites)

plaintiff will amend his complaint timely to add other defendants to this action

VI. **Relief**

State briefly and precisely what you want the court to do for you.

I request to order defendants to photo copy all of my exhibits the law library always reject to denie my claims and I further request the court to grant me a (TRO) to transfer plaintiff because the brutality & harassment of defendants will do to do physically harm again to plaintiff threaten of this law suit / or order none of defendants to have no contact with plaintiff or Sanction will be enter against defendants who had encourage the act to take place, grant plaintiff sue defendants in their individual or personal capacities. Reliefs

Date

Ronald Cooper

**Signature of Plaintiff**

NOTICE TO PLAINTIFF(S)

The failure of a pro se litigant to keep the court apprised of an address change may be considered cause for dismissal.